### NELSON v. NELSON.

BECK, P. J. "On application for temporary alimony, the merits of the cause are not in issue, though the judge, in fixing the amount of alimony, may inquire into the cause and circumstances of the separation rendering the alimony necessary, and in his discretion may refuse it altogether." Civil Code, § 2979. Under the evidence in the record, the court did not err in allowing the amount of alimony and attorney's fees awarded. *Judgment affirmed. All the Justices concur.*

No. 4194. MAY 14, 1924.

Temporary alimony. Before Judge Summerall. Bacon superior court. January 8, 1924.

*Wilson & Bennett* and *L. D. Luke,* for plaintiff in error.

*I. J. Bussell, Parker & Parker,* and *J. H. Quarterman,* contra.